447 A.2d 637

Commonwealth v. Burke, Appellant.

Argued March 29, 1982. Nicholas Mancini, Assistant Public Defender, for appellant; William F. Merz, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

447 A.2d 637

Commonwealth v. Candelori, Appellant.
Petition for Allowance of Appeal Denied Nov. 30, 1982.

Argued December 5, 1980. Lawrence S. Rosenwald, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

The judgment of sentence in the Court of Common Pleas of Philadelphia County is affirmed.